# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1736
_____

J. J. III,

    Appellant,

    v.

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,
DIVISION OF LICENSING,

    Appellee.

_____

On appeal from an order rendered by the Department of Agriculture and Consumer Services, Division of Licensing.

August 5, 2019

PER CURIAM.

After issuing a concealed weapon license to the appellant in 2016, the Department of Agriculture and Consumer Services revoked the license a year later upon discovering that he had been convicted of writing a bad check, a felony, in 1979 when he was in his early twenties. The appellant now appeals the Final Order of revocation. Despite having a clean record for nearly four decades after his conviction, the appellant is statutorily ineligible to possess a firearm or hold a concealed weapon license in the state of Florida. §§ 790.06(2)(d), .06(10)(c), and .23(1), Fla. Stat. (2019). We are unable to accord appellant relief, his sole remedy being

with the Office of Executive Clemency, which is empowered to restore an applicant's authority to own, possess, or use firearms.

AFFIRMED.

MAKAR, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

J. J. III, pro se, Appellant.

John A. Raymaker, General Counsel, and Leslie B. Fearington, Senior Attorney, Florida Department of Agriculture and Consumer Services, Tallahassee, for Appellee.